# SUPREME COURT OF HAWAIʻI

State v. Bailey .................. SCWC–30278    03/22/2012  Denied